# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Elder Zacarias-Lopez,<br><br>  Petitioner,<br><br>v.<br><br>Calvin Johnson,<br><br>  Respondent. | Case No.: 2:20-cv-00175-KJD-BNW<br><br>**Order** |

On July 7, 2020, petitioner Zacarias-Lopez filed, with leave of the court, an amended petition for writ of habeas corpus. ECF No. 12. Accordingly, a schedule of proceedings is required.

IT IS THEREFORE ORDERED that the respondents shall have **60 days** from the date of entry of this order to answer or otherwise respond to the amended petition.

IT IS FURTHER ORDERED that if the respondents file an answer, Zacarias-Lopez shall have **60 days** from the date on which the answer is served on him to file and serve a reply. If the respondents file a motion to dismiss, Zacarias-Lopez shall have **60 days** from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and the respondents shall have **30 days** to file a reply in support of the motion.

IT IS FURTHER ORDERED that any additional state court record exhibits filed by either

1 | Zacarias-Lopez or the respondents shall be filed with a separate index of exhibits identifying the
2 | exhibits by number. The CM/ECF attachments that are filed further shall be identified by the
3 | number or numbers of the exhibits in the attachment. The hard copy of any additional state court
4 | record exhibits shall be forwarded – for this case – to the staff attorneys in **Reno**.

     IT IS FURTHER ORDERED that petitioner's motion for substitution of party (ECF No. 11) is GRANTED. Calvin Johnson is substituted for Brian Williams as the warden/respondent in this case. The Clerk is directed to modify the docket accordingly.

Dated: August 17, 2020

_____
U.S. District Judge Kent J. Dawson